IN THE UNITED STATE DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHANTELLE MARIA MARLER, INDIVIDUALLY, AND ON BEHALF OF HER MINOR CHILD, H.L.M.<br><br>  Plaintiffs,<br><br>VS.<br><br>SHERIFF MARK WOOD, RPSO DEPS. JOHN/JANE DOES 1-10, UNKNOWN MEDICAL SERVICE PROVIDER, MEDICAL STAFF MEMBERS JOHN/JANE DOES 11-20<br><br>  Defendants. | CIVIL ACTION<br>NO. 1:22-cv-02460<br>(JURY DEMANDED)<br><br>JUDGE TERRY A. DOUGHTY<br><br>MAGISTRATE JUDGE JOSEPH H L PEREZ-MONTES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**FIRST AMENDED COMPLAINT**

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Chantelle Maria Marler, Individually and on behalf of her minor child, H.L.M., competent major and resident of Rapides Parish, Louisiana, who respectfully represent that they do amend their original Complaint to read as follows:

I.

Plaintiffs re-aver and re-allege all the allegations of their original Complaint as if copied *in extenso*.

II.

Plaintiffs wish to remove Paragraph 8 of their original Complaint.

**WHEREFORE**, Plaintiffs pray that they be allowed to supplement and amend their original Complaint herein and that Defendant be duly cited and served with a copy and made to answer thereto.

                                            Respectfully submitted,

                                            **THE TOWNSLEY LAW FIRM**

By:    */s/ D. Grant Castillo*
          TODD A. TOWNSLEY (#21095)
          **D. GRANT CASTILLO** (#39833)
          3102 Enterprise Boulevard
          Lake Charles, LA  70605
          Tel. (337) 478-1400
          Fax (337)478-1577

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of August 2022, a copy of the foregoing Motion for Leave to File First Amended Complaint was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to H. Bradford Calvit with the firm of Provosty, Sadler & deLaunay APC by operation of the Court's electronic filing system.

                                        */s/ D. Grant Castillo*
                                        **D. GRANT CASTILLO**