IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| CHANTELLE MARIA MARLER, INDIVIDUALLY, AND ON BEHALF OF HER MINOR CHILD, H.L.M. | § § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 1:22-CV-02460 (JURY DEMANDED) |
| VS. | § § | |
| SHERIFF MARK WOOD, RPSO DEPS. JOHN/JANE DOES 1-10, UNKNOWN MEDICAL SERVICE PROVIDER, MEDICAL STAFF MEMBERS JOHN/JANE DOES 11-20 | § § § § § § § | JUDGE TERRY A. DOUGHTY MAGISTRATE PEREZ-MONTES |
| Defendants. | § § | |

## RULE 26(f) CASE MANAGEMENT REPORT

A meeting of counsel (and any unrepresented parties) was held on November 28, 2022 by telephone. The following persons participated:

**D. GRANT CASTILLO** (#39833)
3102 Enterprise Boulevard
Lake Charles, LA 70605
Tel. (337) 478-1400
Fax (337) 478-1577
Counsel for plaintiffs

Eli J. Meaux (#33981)
Provosty, Salder, & deLaunay, APC
934 Third Street, Ste. 800 (71301)
P.O. Box 13530
Alexandria, LA 71315-3530
P: 318/767-3118   F: 318/445-9619
Counsel for Sheriff Mark Wood

Sean R. Guy (MSB#100362), *pro hac vice* pending
MCCRANEY, MONTAGNET, QUIN, & NOBLE, PLLC
602 Steed Road, Suite 200
Ridgeland, Mississippi 39157
Telephone:    (601) 707-5725
Facsimile:    (601) 510-2939
Email: sguy@mmqnlaw.com
Counsel for plaintiffs

1. **Initial Disclosures:**

   The Parties will exchange the information required by Rule 26(a)(1) of the Federal Rules of Civil Procedure by December 5, 2022.

2. **Jurisdiction:**

   This action is brought pursuant to 42 U.S.C. §§ 1983, together with certain rights under the United State Constitution, and 42 U.S.C. § 1988. Jurisdiction is founded on 28 U.S.C. §§ 1331, 1332, and 1343, and the aforementioned statutory and constitutional provisions. Plaintiffs invokes supplemental jurisdiction over claims under state constitutional and statutory law pursuant to 28 U.S.C. § 1367.

   Defendant reserves the right to challenge the jurisdiction of the Court over the Plaintiffs' state law claims in the event that all federal claims are dismissed or otherwise no longer available to provide jurisdiction to the Court.

3. **Joinder of Parties and Amendment of Pleadings:**

   **PLAINTIFF:**
   Plaintiffs, at this time, do not anticipate any amendments, but reserve the right to amend their pleadings as trial preparation and discovery progresses. Additionally, Plaintiffs may file motions on factual issues, motions on legal issues, and motions in limine throughout the course of these proceedings. Plaintiffs may file a motion in limine and/or Daubert motions regarding any expert hired by defendants.

   **DEFENDANT:**
   Defendant, Sheriff Mark Wood, does not anticipate amendment to his pleadings at this time, but reserves the right to so amend as trial preparation and discovery progresses. Further, the Sheriff reserves the right to engage in motion practice as necessary during the pendency of this action.

4. **Related Cases:**

   The parties are unaware of any related cases.

5. **Discovery Issues:**

   **PLAINTIFF:**
   Plaintiffs do not anticipate that discovery will be extensive or require limitations beyond those set forth in the Court's Standing Pre-Trial Order. There will be written and oral discovery that will need to be completed in this matter but would not anticipate any issues with the discovery. Of course, if there is the appropriate motions would be filed for Court intervention for the issues.

**DEFENDANT:**

Defendant, Sheriff Mark Wood, does not anticipate that discovery will require any limitations or clarifications beyond those present in the Court's typical Scheduling Order. However, the Sheriff desires that a formal Scheduling Order be issued by Order of the Court.

**6.      Alternative Dispute Resolution:**

The parties anticipate that ADR may be helpful in resolving this matter after basic discovery is obtained.

**7.      Trial by Magistrate Judge:**

The parties do not consent to a trial by Magistrate Judge.


Respectfully Submitted:

|  |  |
|---|---|
| 12/5/2022 | By: /s/ D. Grant Castillo |
| Date | D. GRANT CASTILLO |
|  | **THE TOWNSLEY LAW FIRM** |
|  | 3102 Enterprise Boulevard |
|  | Lake Charles, LA 70605 |
|  | Tel. (337) 478-1400 |
|  | Fax (337) 478-1577 |
|  | COUNSEL FOR PLAINTIFFS, |
|  | CHANTELLE MARIA MARLER, |
|  | INDIVIDUALLY, AND ON BEHALF OF HER |
|  | MINOR CHILD, H.L.M. |

and

**PROVOSTY, SADLER & deLAUNAY, APC**

By: /s/ Eli J. Meaux
H. BRADFORD CALVIT (#18158)
bcalvit@provosty.com
P: 318/767-3133   F: 318/767-9588
ELI J. MEAUX (#33981)
emeaux@provosty.com
P: 318/767-3118   F: 318/767-9619
934 Third Street, Suite 800 (71301)
P.O. Box 13530
Alexandria, LA 71315-3530
ATTORNEYS FOR DEFENDANT,
SHERIFF MARK WOOD