## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| CHANTELLE MARIA MARLER | CIVIL ACTION NO. 22-2460 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| MARK WOOD ET AL | MAGISTRATE JUDGE PEREZ-MONTES |

### JUDGMENT

Considering the foregoing Memorandum Ruling,

**IT IS ORDERED** that the Motion for Summary Judgment, Record Document 50, is **GRANTED,** and all claims filed the Plaintiff, Chantelle Maria Marler, Individually and on Behalf of Her Minor Child, H.L.M., in this case are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Daubert Motion, Record Document 64, is **DENIED** as moot.

**DONE AND SIGNED** at Shreveport, Louisiana, this 29th day of April, 2026.

_____
ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE

1